IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE

v.  C.A. NO. 12-5823

EAST HILLS MORAVIAN CHURCH,
INC., et al.

## ORDER

AND NOW, this 12th day of September, 2013, upon consideration of Defendant Minsi Trails Council, Boy Scouts of America's motion to dismiss (Doc. #4) and Defendant East Hills Moravian Church's motion to dismiss (Doc. # 15) and all responses and replies thereto, it is hereby ORDERED that both motions are GRANTED.

It is further ORDERED that the Complaint is DISMISSED with prejudice.

It is further ORDERED that the Clerk is DIRECTED to mark this case closed for statistical purposes.

It is further ORDERED that the Rule 16 conference scheduled for September 17, 2013 is cancelled.

BY THE COURT:

JEFFREY L. SCHMEHL, J.

10